# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT CHARLES CLINE** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-07-442-R |
| | ) |
| **STATE OF OKLAHOMA,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner, appearing pro se, filed this action pursuant to 28 U.S.C. § 2254, seeking a petition for writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On May 11, 2007, Judge Roberts issued a Report and Recommendation, wherein she recommended that the petition be dismissed without prejudice, because Petitioner had not responded to a Court order that he file an amended petition utilizing the proper form not later than May 4, 2007. Petitioner has not objected to the Report and Recommendation. Furthermore, it is apparent that Petitioner has abandoned this litigation, because Judge Roberts' order of April 19, 2007 and the May 11, 2007 Report and Recommendation mailed to the Petitioner at the address he provided were returned as undeliverable. Accordingly, the Court hereby ADOPTS the Report and Recommendation and this action is DISMISSED WITHOUT PREJUDICE.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE